### JOHN GRIFFITH VS. JAMES ALLEN, 1744

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport in s<sup>d</sup> Colony on Tuesday the 23<sup>d</sup> October 1744 at ten o Clock A. M

### GRIFFITH AND ALLEN

Before the Hon<sup>ble</sup> Leon<sup>d</sup> Lockman Esq<sup>r</sup> Judge

The Court being Open'd The Libel and Citation read M<sup>r</sup> J. Honyman Produced A Power of Attorney from Cap<sup>t</sup> Griffith and others his Crew

M<sup>r</sup> Ward and M<sup>r</sup> Robinson desired the Libel to be dismiss'd saying M<sup>r</sup> Honeyman was not properly impower'd which was was [*sic*] overruled

M<sup>r</sup> Robinson was likewise admitted to defend by this Power

The Court was Adjourned untill wednesday the 31st of October at 10 o Clock A: M

The Court being Open'd

The Judge decreed that the Security given by s^d Allen on his fitting out is Sufficient Daniel Ayraut J^r and James Honeyman Jun^r comes into Court and Enacts and binds themselves to pay the Costs of this Court in Case the Judgment be given against John Grifith

J Honyman J^r
D Ayreault J^r

M^r Honeyman moved that Security s^d be givin by the Defendant

The Defend^ts Pleas were read and filed

The 1st Plea overuled 2^d Plea overuled 3^d Plea Overuled

The Court was adj^d untill 3 o the Clock in the Afternoon and Open'd Accordingly

4th Overuled all the Pleas

The Court was Adj^d untill Tuesday the 6th of Nov^r 1744 at 10 o Clock A: M and open'd accordingly

A Plea The Court was Adj^d untill Saturday morning at 9 o Clock A:M Adjourn^d untill monday the 12th Ins^t

M^r Thomas Doughty Comp^s Quar: Master of Cap^t Griffiths Vessel was sworn and said that on or about the 30th march 1744 outr the Barr of new Providence Cap^t Griffith ask'd Cap^t Allen if they were consorted to which Cap^t Allen answer'd Ay Ay.

Q^t How and after what manner was the Prizes to be divided that were taken

Ans^r In Proportion to th^r Vessels Man for man and gun for Gun

Q^t How long was the Appointed time for s^d Consortship

An^r During the Cruise untill we returned to Providence

Q^t Did you ever hear the two Cap^ts make any agreem^t for a Place of Rendezvous in case of Parting

An^r I understood by Cap^t Grifith they were to meet at a Place called Vrsule Cap^t Allen came alongside of Cap^t Grifith in his Barge and desired him to go on shore w^th him and upon the return of Cap^t Grifith I understood from him that they had agreed upon a place where letters should be left by them in case they Parted.

Q^t Have you any knowledge of that Vessel brought in here by Cap^t Allen as Prize

An^r Some days after we left Vrusal we discov'd several Vessels, we then spoke together and agreed in order to determine how to Engage the s^d Vessels and the s^d James Allen was to engage one Vessel and the s^d Grifith the other, The Vessel s^d James Allen engaged was the Vessel he brought in here as Prize, and the other Vessel Cap^t Grifith pursued but could not come up with her.

Q^t Did you apprehend that the two Vessels w^ch bore down upon Cap^t Allen would have taken him if Cap^t Grifith had not come to his Assistance

Ans^r Yes, they were two Vessels of force, one of which had ten Carriage

Guns and the other eight and upon the Approach of s^d Cap^t Grifith and upon his firing a Broadside upon one of them they Seperated and were parted, one of w^ch afterw^ds the s^d James Allen Pursued and took.

*Q^t* Did you after the agreement keep Company with each other

*Ans^r* Yes and spoke w^th Each other every day to the time we met with s^d Vessels as afores^d          Ques^ts by the Resp^ts

*Q^ts* How long was it before Cap^t Grifith ask'd that Question of Cap^t Allen to be in Consort

*An^r* The Morning of the 30th of March 1744 before the Pilot left the s^d Cap^t Grifith

*Q^t* was you so near to the Bar of New Providence as to see it

*Ans^r* yes

*Q^t* Did you hear any body else answer ay ay besides Cap^t Allen.

*An^r* No

*Q^t* Did you hear any of Cap^t Allens Officers or men consent to this agreement

*An^r* Yes by giving three Hurra's

*Q^t* Did you know of any written agreement between the s^d Cap^t Grifith and Cap^t Allen or hear of any

*An^r* no

*Q^t* How do you know this Vessel brought in here by Cap^t Allen as prizes was the Vessel you see him pursue

*An^r* by the Make of the Vessel and by information of the s^d Allens Crew

*Q^t* Did you see Cap^t Allen take this Vessel

*An^r* No, by reason we gave chace to A Vessel that was in company w^th the s^d Vessel Cap^t Allen took

Tho Doughty

M^r Benj^n Trip Comp^s Q^r Master of Cap^t Allens Vessel was sworn

*Quest.* Have you any knowledge of any agreement of consort ship between C: James Allen and C: John Grifith on or about the 30th of March either Verbally or by writing

*Ans^r* Yes I heard them talk of Consorting by word of mouth

*Q^t* Cap^t Grifith ask'd Cap^t Allen how he Did after they was over the Barr of N: Providence and ask'd him whether they were consorted, Cap^t Allen ask'd him how the said Grifith replyd man for man and Gun for Gun and Cap^t Allen reply'd Ay Ay and at that time I understood that they were consorted

*Q^t* Was there any Officer or man on board that objected to this Agreement

*An^r* No and I understood they all consented to it

*Q^t* How long did you keep Company after this Agreem^t

*Ans^r* Several Days

*Q$^t$* How came you to Part

*Ans$^r$* In chace of two Vessels of force one of which the s$^d$ Allen pursued and took and the Other Cap$^t$ Grifith Pursued

*Q$^t$* Did you ever hear Cap$^t$ Allen say that Cap$^t$ Grifith and his Crew were concern'd in this Vessel which he took

*Ans$^r$* No, but I heard him say he s$^d$ be very glad if them writings of Consortship w$^{th}$ Cap$^t$ Grifith had been compleated, which Cap$^t$ Grifith was to have got done but as they were not done the said the Consortship was void.

*Q$^t$* Where was it you first heard Cap$^t$ Allen and Cap$^t$ Grifith talk of Consortship by writings

*An$^r$* About the last of march 1744 on board of C: Allens Vessel and Cap$^t$ Allen disagreed alledging they were both so poorly stock'd with Provisions and afterwards about the 4th or 5th of April following the s$^d$ Captains had farther talk of s$^d$ Consortship by writing at the Bimenes several little Islands of the Bahama's and a few days after that the s$^d$ Captains talk'd of s$^d$ Consortship at Vrsule, when Cap$^t$ Grifith Propos'd to s$^d$ C. Allen again to have writings of Consortship to which the s$^d$ Cap$^t$ Allen Consented and told s$^d$ Grifith he w$^d$ have Him go on board and get them wrote and bring them on board his Vessel and If he and his Comp$^y$ liked them they w$^d$ sign them, which s$^d$ Cap$^t$ Grifith did not. all which was before they chaced the s$^d$ Vessels before mention'd, and that the s$^d$ Cap$^t$ Allen told Cap$^t$ Grifith that Otherwise if they took any Vessels in the presence of each other that the law would consort them

*Q$^t$* What Quantity of Provisions had the Two Vessels commanded by Cap$^t$ Grifith and C: Allen

*An$^r$* I understood by Cap$^t$ Grifith who told Cap$^t$ Allen that he had about six weeks or two month Provisions and for no longer

Benjamin Trip

John Freebody Esq$^r$ was sworn

*Q$^t$* What stock of Provisions had Cap$^t$ Allen when he came home

*Ans$^r$* About a third of his Provisions which I think might be sufficient for two Months Cruise

*Q$^t$* Have you had any conversation with Cap$^t$ Grifith or his Officers and what

*Ans$^r$* When M$^r$ Clement Stanton came home who was Master of the Sloop Com$^d$ by Cap$^t$ Grifith he was saying that he heard before he came from Providence that Cap$^t$ Allen had taken a Prize which he expected to have his share of, but he did not find that he was like to have any part, altho Cap$^t$ Allen and Cap$^t$ Grifith Concerted, I ask'd him how they were consorted if there was any articles of Agreem$^t$ between them written, and signed he answer'd no but said Cap$^t$ Grifith got some agreement of consortship written on b$^d$ his Vessel at Vrusall but they were never sign'd by either Party and I ask'd him w$^t$ the Contents of that Instrum$^t$ was; he s$^d$ if they went out and took any Prize

together that then the Prize so taken was to be divided between each Vessels companys and if they Parted or separated and took any Vessel out of sight of each other that then what each Vessel took was to be their own, I told s$^d$ Stanton that as to the Consortship I believ'd there was nothing in it in as much as there was no writings drawn and in further discourse with Cap$^t$ Stanton since this suit has been brought on Ag$^t$ Cap$^t$ Allen I told Cap$^t$ Stanton all the design of that consortship was only for such Prizes as was taken by them together if the Agreement had been signed for if they Parted then what each Vessel took was to be their own and the other to have no Part thereof, Cap$^t$ Stanton replyd it was so if the Parting was Accidentally and I further told Cap$^t$ Stanton that I had been informed that M$^r$ Thompson Cap$^t$ Grifith his Lieu$^t$ had said since he came home that he never consented to any consortship for he knew Cap$^t$ Grifiths Instructions was such that they restricted him from consorting w$^{th}$ any Vessel then M$^r$ Stanton said that Cap$^t$ Grifith never ask'd M$^r$ Tompson nor none of his Officers to Consort with Cap$^t$ Allen and I told Cap$^t$ Stanton this was a fine way of consorting for you w$^d$ hold Cap$^t$ Allen and Company to give up Part of their Prize to Cap$^t$ Grifith, but if Cap$^t$ Grifith had taken a Prize and Cap$^t$ Allen none if Cap$^t$ Allen had demanded Part of any Prize taken by Grifith by saying he had consorted with C: Grifith your company would say with a good deal of Justice Cap$^t$ Grifith cannot bind us to give away any of our Prize as we never consorted he had only right to give away his own share. I dont remember that M$^r$ Stanton made any reply, so the discourse broke off          John Freebody Jun$^r$

The Court was Adjourn'd untill three in the afternoon The Court was Opend. M$^r$ Clement Stanton M$^r$ of C: Grifiths Vessel was Sworn

$Q^t$  Have you any knowledge of any Consortship between Cap$^t$ Grifith and Cap$^t$ Allen

$Ans^r$  Yes, when they were in Providence they had some talk of it, and we waited there two days untill he had water'd after we came over the Bar we hal'd our Jibb sheet to windward untill Cap$^t$ Allen came up when Cap$^t$ Allen came up Cap$^t$ Grifith hale'd him and ask'd him if they were consorted, and I think it was Cap$^t$ Allen Answer'd ay ay but am not certain and Cap$^t$ Griffith said According to the old Custom man for man and Gun for Gun and then the s$^d$ Allen reply'd AY AY. upon which the Ships Company gave Three Chears.

$Q^t$  Did you keep any Journal and did you make any entry of this Affair in it

$An^r$  Yes and made an Entry of s$^d$ Agreement in my Journal A copy of w$^{ch}$ Entry is now on Court

$Q^t$  How long did you keep Company with Cap$^t$ Allen after this Agreement

$Ans^r$  About fourteen days during which time we went to the Bimines where the s$^d$ Allen wooded and for whom we waited 24 or 48 hours

*Q^t* What was the Occasion of Parting w^th Cap^t Allen

*Ans^r* We met two Vessels coming right for us they fired at Cap^t Allen and afterwards fired at us, one of which bore away and was pursued by Cap^t Allen the Other hal'd her wind and Cap^t Grifith gave chace to her and could not come up with her

*Q^t* Do you Apprehend that it was the Approach of your Vessel which Occasion'd those two Vessels to Part

*Ans^r* Yes

*Q^t* Do you Suppose these Vessels w^d have taken Cap^t Allen if you had not come to his Assistance

*Ans^r* Yes they being Vessels of force one of w^ch carrying ten Carriage Guns and the other Eight

*Q^t* What Conversation pass betw^n C: Grifith and C. Allen from the time of Your going to the Bimenes untill the time you gave chace relating the Consortship.

*An^r* We Proceeded to Vrusall where we Scrub'd and Boot top'd when we was ready to sail there was a letter writ and put into A Bottle w^ch I understood was to find one Another in case they lost Company and Cap^t Allen came alongside in his Barge about the 10th of April for Cap^t Grifith to go on shore w^th him where they might hide A Bottle that they might know where to find it, when he came on board again we came to sail

*Q^t* Did you know anything of A Written Agreement

*Ans^r* M^r Fox the Cap^ts Quarter Master told me he had wrote one but I never see it

*Q^t* By whose order was that Agreem^t wrote

*Ans^r* I Suppose by the Cap^ts Order but did not hear said order given

*Q^t* For what end was that Agreement written

*Ans^r* For A Consortship as I understood

*Q^t* Do you know this Vessel that Cap^t Allen brought in here as prize is the same Vessel you see him chace

*Ans^r* Yes.

*Q^t* Was Cap^t Grifiths Vessel Present at the taking s^d Vessel

*Ans^r* No.

*Q^t* How long was you consorted for

*An^r* I heard no mention of time made but that it was for the Cruise as I understood

*Q^t* Did you understand the Agreement M^r Fox drew was a New Agreem^t or to confirm the former Agreem^t made after coming over the Bar

*Ans^r* I understood it was to confirm the former Agreem^t

Clement Stanton

M^r Jonathan Sabine A Marineer on b^d C: Allen being Sworn

*Q^n* Have you any knowledge of any Consortship between Cap^t Grifith and Cap^t Allen

296

*Ansr* We went into Providence the 25th of March and whilst we were there I heard some talk of Consortship between Our People and Capt Grifiths, that they were to Consort when we came to Sea wch was not agreed on at Providence because Majr Stuart who I Understood had the care of Capt Grifiths Affairs Opposed it; after we got over the Barr at N. Providence Capt Grifith shortned sail and we came up wth him, when some Person I think Capt Grifith ask'd if we were consorted, Ay Ay was Answer'd from our Vessel I think by the Master Capt Allen being upon Deck

How long did you Continue in Company after this Agreemt

*Ansr* About 14 Days and during wch time we went to the Bimenes and got wood there and where sd Grifith waited for us as I Understood it

*Qn* What was the Occasion of you Parting

*Anr* We met two Vessels standing for us and upon their coming up fired at us and after some time Capt Grifith Came up upon whose approach the One Stood to Windward and the other to Leward and then they Parted.

*Qn* Do you think those Vessels wd have taken Capt Allen if Capt Grifith had not come to his Assistance

*Anr* I cant tell but one of sd Vessels had ten Carriage guns and the other Eight one of whom we Pursued and took the Other Capt Grifith Pursued

*Qn* At the time of this Engagmt did you Suppose the Companies of each Vessel was to have their Proportion of what was taken

*Ansr* I understood they were Consorted

*Qn* Do you know of any Agreement made between Capt Allen and Capt Grifith for Consortship By word of Mouth or writing

*Ansr* No Otherwise that I have before said

*Qn* Did you Understand they were to keep together

*Ansr* Yes

*Qn* Did you understand if either of these Vessels took any thing Separate from each other that it was to be divided amongst them

*Ansr* I understood from Capt Griffiths People at N. Providence that as their Vessel could outsail Capt Allens that if they took anything out of sight of our Vessel that we should have no right to it

*Qn* Have you not Recd your share in this Prize so taken

*Ansr* Yes.

*Qn* Do you think that Capt Grifith is Entitules to a Part of Sd Prize

*Ansr* When Capt Allen took her I did expect he was

*Qn* Was Capt Grifiths Vessel in sight when sd Vessel was taken by Capt Allen

*Ansr* I cannot tell if she was or not Some of the People on board our Vessel sd that there was nothing but a Verbal Agreement and that was not good in Law, and did not know But that there was A Written agreemt untill after We took the Prize

Jona Sabin Jr

Adj'd untill thursday next 9 o the Clock

The Court was Open'd when a Prohibition was Served on the Court by the Town Serjeant untill fryday the 16th of Novr 1744 as follows

The Court was Adjd untill Saturday next 9 o the Clock A M

The Court was Adjd untill saturday the 8th Xber

The Court was Adjd untill June the 8th 1745

COLONY OF RHODE ISLAND ETC. SS    George the Second by the Grace of God of Great Britain France and Ireland King and Defender of the Faith etc.

To Leonard Lockman Esq. Judge of our Court of Vice Admiralty in the Colony aforesaid, and to the Register and Marshall of the Same, or their Deputies.

Whereas James Allen of Newport in the County of Newport and Colony aforesaid Mariner, Commander of the Sloop Revenge a Private Man of War belonging to said Newport, by Matthew Robinson his Attorney has represented unto The Honble William Greene Esq. Governour, the Honble Joseph Whipple Esq. Dept Governour, Benjamin Hassard, William Ellery and Daniel Coggeshall Esqrs Assistants of the Colony aforesaid, and Justices of our Superior Court of Judicature held within the Same, That John Griffith of Newport aforesaid Mariner Commander of the Sloop Cesar a Private Man of War belonging to said Newport, in behalf of Himself, his Owners and Sloop Company, has preferred a Libel in our said Court of Vice Admiralty against the said James Allen, For the Recovery of Damages, For the Share, Part and Proportion belonging to Himself, his Owners and Sloops Company of and in a certain Sloop called the Fortune her Cargo and Appurtenances taken by the said James Allen on the High Seas, and the Property of the Subjects of the King of Spain, pursuant to an Agreement or Consortship between the said James Allen and the said John Griffith, and on the Eighteenth Day of May last past a Decree was pass'd by the said Leonard Lockman Esq for the Condemnation of the said Vessel and Goods to the said James Allen for himself his Owners and Sloops Company (in the Absence of the said John Griffith), And the said James Allen by his Council took his Exceptions to the Jurisdiction of our said Court of Vice Admiralty viz (1st) For that the Place where the supposed Agreement is alledged to be made, appears on said Libel and was (if there was any at all) made at the Bahama Islands infra Corpus Comitatus. (2ndly) For that the said John Griffith sues for Himself, his Owners and Compa for his Share of said Prize and Goods as Damages due to Him, upon the said James Allen's supposed Breach of Agreement, when the said Court of Admiralty is no Court of Record, and cannot give Damages. (3) For that the said Court of Admiralty cannot try Property otherwise than is express'd and allow'd by the Laws and Statutes. All which Pleas were overruled, And there appearing to our aforesaid Justices upon this Representation to be sufficient Matter for a Hearing on the Premises.

We do therefore prohibit and forbid you the said Leonard Lockman, or any other officers of our said Court of Vice Admiralty from proceeding any further in the aforesaid Case or pass any Decree concerning the Same, Unless good Cause can be shown to our aforesaid Justices, or other the Justices of our said Superior Court of Judicature on Friday next being the Sixteenth Day of said Month of November instant at ten of the Clock in the Forenoon of the said Day, at the Colony House in Newport aforesaid, Why the said Court of Vice Admiralty ought to have Jurisdiction concerning the Premises aforesaid, Witness William Greene Esq., at Newport this Fourteenth Day of November in the Eighteenth Year of our Reign Annoq Dm 1744.

James Martin Cler.

To the Sheriff of the County of Newport aforesaid his Deputy, or any other proper Officer.